**Abatement Order filed December 8, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00041-CV
_____

**JIM RICHARDSON, RICHARDSON OUTDOOR ADVERTISING, INC. AND ACTION DISPLAY, INC., Appellants**

**V.**

**MH OUTDOOR MEDIA, LLC, Appellee**

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2013-57897**

---

## ABATEMENT ORDER

Notice was filed on December 5, 2016, that appellants have filed voluntary petitions for bankruptcy in the U.S. Bankruptcy Court for the Northern District of Alabama on December 2, 2016. According to the notice, the bankruptcy cases are:

- Case No. 16-41970-JJR7; *In re Action Displays, Inc.*

- Case No. 16-41971-JJR7; *In re Richardson Outdoor Advertising, Inc.*

- Case No. 16-41972-JJR7; *In re Jimmy Earl Richardson*

A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.


PER CURIAM